634

425 A.2d 13

Kessler v. Kessler, Appellant.

Submitted April 9, 1979. Daniel Krause, for appellant; Joseph U. Esper, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order of the lower court affirmed.

425 A.2d 14

Krupsha v. Krupsha, Appellant.

Submitted June 29, 1979. John S. Fine Jr., for appellant; John A. Mihalik, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.